# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARIANGELA ELIZABETH FEDERICO,

                Plaintiff,                20 **CIVIL** 2220 (AT) (OTW)

      -v-                                    **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 26, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings; On remand: (1) plaintiff will be offered the opportunity for a new hearing if the Administrative Law Judge ("ALJ") finds that the facts warrant it, (2) plaintiff may provide new evidence to the ALJ, and (3) a new decision will be issued.

**Dated:**  New York, New York
          March 26, 2021

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                           **Clerk of Court**
                        **BY:**

                                                           _____
                                                             **Deputy Clerk**