```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/11/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANGELA ELIZABETH FEDERICO,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20 Civ. 2220 (AT) (OTW)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On September 28, 2022, Plaintiff, Mariangela Elizabeth Federico, filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). ECF No. 26. On September 29, 2022, the Court referred the matter to the Honorable Ona T. Wang. ECF No. 29.

    After careful consideration, Judge Wang issued a Report and Recommendation ("R&R"), recommending that Plaintiff's motion for attorney's fees be granted. ECF No. 30. Despite notification of the right to object to the R&R, ECF No. 30 at 4, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b); *see also* 28 U.S.C. § 636(b)(1). The Court reviews the R&R for clear error, *see Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014), and finds no clear error. Accordingly, the Court ADOPTS Judge Wang's R&R in its entirety. The Court directs Defendant to approve a payment of $23,540 to Plaintiff's counsel, and upon receipt of that payment, Plaintiff's counsel shall refund $7,235 to Plaintiff. ECF No. 30 at 4.

    The Clerk of Court is directed to terminate the motion at ECF No. 26.

    SO ORDERED.

Dated: July 11, 2023
       New York, New York

ANALISA TORRES
United States District Judge